```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. Hemesath
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2932
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) CASE NO.  Cr. S 04-372 JAM
                                  )
12              Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
                                  ) HEARING RE: DEFENDANT'S MOTION FOR
13       v.                       ) REDUCTION OF SENTENCE
                                  )
14  GARY DEWAYNE McWHORTER,       ) Date: Tuesday, January 3, 2012
                                  ) Time: 9:30 a.m.
15              Defendant.        ) Judge: Hon. JOHN A. MENDEZ
    _____ )
16
```

17     The United States of America, through its counsels of record,
18 Benjamin B. Wagner, United States Attorney for the Eastern District
19 of California, and Paul Hemesath, Assistant United States Attorney;
20 and defendant Gary Dewayne McWhorter, through his counsel, David
21 Porter, Esq., hereby stipulate and agree that the hearing regarding
22 defendant's motion to reduce sentence, set for January 3, 2012, at
23 9:30 a.m. should be continued to January 31, 2012, at 9:30 a.m.
24     The parties are stipulating to continue the hearing to
25 accommodate the schedules of counsel and to conduct further research
26 that may assist the Court in properly deciding the case.
27 ///
28 ///

1

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: December 30, 2011       By:  /s/ Paul A. Hemesath
                                    PAUL A. HEMESATH
                                    Assistant U.S. Attorney


DATED: December 30, 2011       By:  /s/ David Porter
                                    DAVID PORTER  for defendant
                                    GARY DEWAYNE McWHORTER
```

**ORDER**

For the reasons set forth above, it is hereby ordered that the hearing set for January 3, 2012, be continued to 9:30 a.m., on January 31, 2012.

DATED: 1/3/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE