# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GARY DEWAYNE MCWHORTER | ) | Case No: 2:04CR00372 -01 |
| | ) | USM No: 15366-097 |
| Date of Original Judgment: 1/26/2006 | ) | |
| Date of Previous Amended Judgment: 8/5/2010 | ) | DAVID M. PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   188   months **is reduced to**   151 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   1/26/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   1/31/2012                              /s/ John A. Mendez
                                                                      *Judge's signature*

Effective Date:  _____            JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE
*(if different from order date)*                           *Printed name and title*